IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS RONDELL GRACE, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 2:11-CV-561- WKW ) |
| UNITED STATES OF AMERCA, | ) ) |
| Respondent. | ) |

## **ORDER**

On November 6, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 17.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Petitioner's 28 U.S.C. § 2255 motion is DENIED because the claims therein entitle him to no relief, and that this case is DISMISSED.

A separate judgment will be entered.

DONE this 10th day of December, 2013.

                                              /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE